USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 9/29/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

CARRIME L. STRATTON,

Plaintiff,

-against-

JOHN DOE, NEWBURGH POLICE DEPARTMENT,

Defendant.

25-CV-10222 (NSR)

**ORDER**

NELSON S. ROMÁN, United States District Judge:

The Court issued a *Valentin* Order on June 12, 2026, directing the Corporation Counsel of the City of Newburgh, as attorney for and agent of the Newburgh Police Department, to ascertain the identity and badge number of each John Doe police officer whom Plaintiff seeks to sue in this action, as well as an address where each officer may be served. (ECF No. 9.) That information was due on August 11, 2026. (*Id.*) The Clerk of Court mailed a copy of the Court's *Valentin* Order to Corporation Counsel on June 16, 2026. The Corporation Counsel of the City of Newburgh, however, has not responded.

The Clerk of Court is directed to mail a copy of this Order to the Corporation Counsel of the City of Newburgh at the following address: Newburgh City Hall, 83 Broadway, Second Floor, Newburgh, NY 12550. Upon receipt of this Order, Corporation Counsel is directed to promptly file a letter confirming receipt. Corporation Counsel is further directed to comply with the Court's June 12, 2026 *Valentin* Order no later than November 30, 2026.

The Clerk of Court is likewise directed to mail a copy of this Order to *pro se* Plaintiff at the address listed on ECF, and to note service on the docket.

Dated: September 29, 2026
White Plains, NY

SO ORDERED:

NELSON S. ROMÁN
United States District Judge